Holly Sutherland # 9521
Avery Law Office
3090 E. Gentry Way, Ste. 150
Meridian, ID  83642
Telephone: (208) 639-9400
Facsimile:  (208) 524-3020

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-41200-JMM |
| | ) | |
| Michael F. Marlin, | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

STIPULATION TO EXTEND TIME TO FILE AN OBJECTION TO APPLICATION FOR

ADMINISTRATIVE EXPENSES FILED BY ATTORNEY FOR CHAPTER 7 TRUSTEE

COME NOW Michael Marlin, ("Debtor"), by and through counsel of record, Holly Sutherland, and Rhett Miller, Attorney for Chapter 7 Trustee ("Mr. Miller") do hereby agree and stipulate as follows:

1. Debtor filed for Chapter 7 bankruptcy relief on 12/27/2019.

2. Debtor converted the case to Chapter 13 on July 9, 2021.

3. Rhett Miller, Attorney for the Chapter 7 Trustee, filed an Application for Administrative Expenses (Dkt. No. 143) on July 20, 2021 with a twenty-one (21) day objection period.

4. That the time period to object to Mr. Miller's Application for Administrative Expenses will be extended to August 20, 2021 by agreement of the parties.

Dated this 11th day of August, 2021.

/s/ Holly Sutherland
Attorney for Debtor
Avery Law


/s/ Rhett Miller
Attorney for Chapter 7 Trustee
Parsons, Smith, Stone, Loveland & Shirley, LLP

## CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on August 11, 2021, I electronically filed the Stipulation to Extend Time to File An Objection to Application for Administrative Expenses filed by Attorney for Chapter 7 Trustee using the CM/ECF system, which sent a Notice to the following persons:

Kathleen McCallister @ kam@kam13trustee.com

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

Rhett Miller @ rhett@pmt.com

Gary Rainsdon @ trustee@filertel.com

And, I hereby certify that I served a true and correct copy of the above-mentioned on August 11, 2021, upon the following person(s) by mailing by first class mail with the 1 necessary postage affixed thereto:

Michael Marlin
12-179 Kipuka Street
Pahoa, HI 96778

/s/ Crystal Robertson