UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

|  |  |  |
|---|---|---|
| | ) | CHAPTER 13 |
| Michael Marlin, | ) | |
| | ) | CASE NO. 19-41200-JMM |
| | ) | |
| | ) | |
| Debtor. | ) | |

**Order Approving Application for Payment of Administrative Fees
and Costs of Chapter 7 Trustee**

Based on the foregoing Application for Payment of Administrative Fees and Costs of

Chapter 7 Trustee (Docket No. 142), filed on July 20rd, 2021, no objections remaining, and good

cause appearing therefore,

IT IS HEREBY ORDERED the application is APPROVED, and the Chapter 13 Trustee,

Kathleen McCallister, is hereby authorized to pay Gary L. Rainsdon, as an administrative fee, the

sum of $5,000.00, as compensation for services rendered as Trustee.

DATED:  September 7, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by Gary L. Rainsdon, Chapter 7 Trustee